IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TUPETAIKI M. LEGER, individually and d/b/a FALEKAI TONGA RESTAURANT, <br><br> Defendant. | Case No. 13-cv-02071-SC <br><br> JUDGMENT |

On December 10, 2013, the Court granted Plaintiff's Application for Default Judgment. In accordance with that Order, the Court hereby enters Judgment in favor of Plaintiff J & J Sports Productions, Inc. and against Defendant Tupetaiki M. Leger, doing business as Falekai Tonga Restaurant, in the amount of $2,200.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

December 10, 2013

_____
UNITED STATES DISTRICT JUDGE