United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TUPETAIKI M. LEGER, individually and d/b/a FALEKAI TONGA RESTAURANT,<br><br>    Defendant. | Case No. 13-cv-02071-SC<br><br>ORDER DENYING MOTION TO ALTER OR AMEND THE <u>JUDGMENT</u> |

    This case arises out of the unauthorized exhibition of Plaintiff's program at Defendant's restaurant on the evening of May 5, 2012. On December 10, 2013, the Court entered default judgment against Defendant in the amount of $2,200. ECF Nos. 18, 19. Plaintiff now moves to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e). ECF No. 20 ("Mot."). The matter is appropriate for resolution without oral argument per Civil Local Rule 7-1(b).

///

///

1    Plaintiff argues that the damages awarded do not sufficiently
2 address "the necessity of deterrence."  The Court disagrees.
3 First, the Court's damage award is more than double the minimum
4 allowed by the Communications Act.  47 U.S.C. §
5 605(e)(3)(C)(i)(II).  Second, the Court's decision is not
6 inconsistent with other damage awards rendered by this Court in
7 similar cases brought by Plaintiff.  See <u>J & J Sports Prods., Inc.</u>
8 <u>v. Concepcion</u>, C 10-05092 WHA, 2011 WL 2220101, appendix (N.D. Cal.
9 June 7, 2011) (collecting cases).  Third, Plaintiff's motion
10 ignores the relevant facts.  While the program was pirated, it was
11 shown to a practically empty restaurant.  There is no indication
12 that Defendant advertised the broadcast or reaped any financial
13 gain from the exhibition.  The Court's damage award most probably
14 exceeds Defendant's revenues for the night in question.  Thus,
15 Plaintiff's suggestion that the Court's damage award fails to
16 sufficiently punish Defendant is unpersuasive.

17    Accordingly, Plaintiff's motion to alter or amend the judgment
18 is DENIED.

20    IT IS SO ORDERED.

22    February 19, 2014
23                                    UNITED STATES DISTRICT JUDGE

2